No. 32,725

JOSEPH H. GREASER, *Appellant*, v. THE WESTERN CASUALTY & SURETY COMPANY, *Appellee.*

Opinion filed May 9, 1936.

*J. J. Schenck* and *C. P. Schenck,* both of Topeka, for the appellant.
*Allen Meyers* and *Ralph M. Hope,* both of Topeka, for the appellee.

The judgment of the district court is reversed on authority of *Dunn v. Jones,* ante, p. 218, 53 P. 2d 918, and the cause is remanded with direction to overrule the demurrer to the petition.